

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| NEAL AUTOPLEX, INC. D/B/A NEAL SUZUKI, | § | No. 08-12-00136-CV |
| | § | Appeal from |
| Appellant, | § | 153rd District Court |
| v. | § | of Tarrant County, Texas |
| LONNIE R. FRANKLIN AND WIFE LISA B. FRANKLIN, | § | (TC # 153-241082-09) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF FEBRUARY, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.